# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4090

_____

Eric Randall Nance,                              *
                                                 *
           Petitioner/Appellee,                  *
                                                 *    Appeal from the United States
      v.                                         *    District Court for the Eastern
                                                 *    District of Arkansas
Larry Norris, Director,                          *
Arkansas Department of                           *          [PUBLISHED]
Correction,                                      *
                                                 *
           Respondent/Appellant.                 *

_____

Submitted: November 22, 2005
Filed: November 22, 2005

_____

Before ARNOLD, BEAM, and MELLOY, Circuit Judges.

_____

PER CURIAM.

    Before the court is respondent's motion to vacate a stay of execution entered by the district court. We grant the motion and vacate the stay.

    On November 14, 2005, petitioner filed a pleading captioned "Petition for Writ of Habeas Corpus" accompanied by a motion for stay of execution. The district court

construed the petition as a requested amendment to the previously filed[1] petition in district court, case number: 5:00-CV-00339 ("CV-00339"). The district court, after making findings of fact and conclusions of law, granted a motion to amend the habeas corpus petition, and granted the stay of execution.

On January 24, 2005, petitioner filed a petition to remand in CV:00339 seeking the same relief sought in the present filings. Construing the motion to remand as a motion to file a successive 28 U.S.C. § 2244 habeas petition, we denied the motion. We view the present filings as yet another attempt to avoid the requirements of 28 U.S.C. § 2244(b)(3)(A).

Accordingly, we deny a motion for interlocutory appeal, vacate the district court's stay of execution and dismiss the petition for habeas corpus.

_____

[1]On January 23, 2003, the district court denied habeas relief and dismissed CV-00339. We affirmed this action on December 10, 2004. Our mandate issued on October 12, 2005. The case is closed.